UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| BILLY CHAMBERS,<br><br>    Plaintiff,<br><br>vs.<br><br>WELLS FARGO BANK, NATIONAL ASSOCIATION d/b/a WELLS FARGO DEALER SERVICES,<br><br>    Defendant. | Case No. 0:17-cv-00221-MW-GRJ |

**JOINT STIPULATION TO ARBITRATE CLAIMS, STAY LAWSUIT, AND ADMINISTRATIVELY CLOSE DOCKET**

COME NOW plaintiff Billy Chambers ("Plaintiff") and defendant Wells Fargo Bank, N.A. ("Wells Fargo") (collectively, "the Parties"), by and through their undersigned counsel, and hereby submit this Joint Stipulation to Arbitrate Claims, Stay Lawsuit, and Administratively Close Docket pending the conclusion of arbitration, respectfully stating as follows:

1.  On or about August 30, 2017, Plaintiff commenced this action against Wells Fargo alleging that Wells Fargo's attempts to collect on an auto loan allegedly owed by Plaintiff, violated the Florida Consumer Collection Practices Act, Fla. Stat. § 559.55 et seq. and the Telephone Consumer Protection Act, 47 U.S.C. § 227 et seq.  (See ECF No. 1).

2.  The Parties have since agreed to arbitrate all of the claims in this action with the American Arbitration Association (AAA), based upon an enforceable arbitration provision in the retail installment sale contract, with each party paying its own costs and attorneys' fees associated with arbitration.

3.  As a result, the Parties respectfully request that this Court enter the Agreed Proposed Order being submitted contemporaneously herewith pursuant to the Court's Local

Rules for proposed order submissions, which orders that all of Plaintiff's claims against Wells Fargo be submitted to final, binding arbitration, that this action be stayed pending the conclusion of the arbitration proceedings, and that pending the conclusion of the arbitration, the docket for these proceedings be administrative closed until either of the Parties move to reopen the case for good cause shown.

WHEREFORE, PREMISES CONSIDERED, plaintiff Billy Chambers, and defendant Wells Fargo Bank, N.A. respectfully request that this Court enter their Agreed Proposed Order, which is being submitted contemporaneously with this Joint Stipulation to Arbitrate Claims, Stay Lawsuit, and Administratively Close Docket pursuant to the Court's Local Rules for proposed order submissions.

Dated this 6th day of November, 2017.

By: */s/ Jacqueline Simms-Petredis*
R. Frank Springfield (FBN 0010871)
Jacqueline Simms-Petredis (FBN 0906751)

BURR & FORMAN LLP
420 North 20th Street, Suite 3400
Birmingham, Alabama 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-510
fspringf@burr.com

BURR & FORMAN LLP
201 North Franklin Street, Suite 3200
Tampa, Florida 33602
Telephone: (813) 221-2626
Facsimile: (813) 357-3534
jsimms-petredis@burr.com

Attorneys for Defendant
WELLS FARGO BANK, N.A.

07685.1907/10951497.1

By:    */s/ Jared M. Lee*
      Jared M. Lee
      Morgan & Morgan, Tampa, P.A.
      One Tampa City Center
      201 North Franklin Street, 7th Floor
      Tampa, Florida  33062
      Telephone: (407) 420-1414
      Facsimile: (407) 245-3485
      JLee@ForThePeople.com

      Attorneys for Plaintiff,
      BILLY CHAMBERS