IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**BILLY CHAMBERS,**

    **Plaintiff,**

v.                                                Case No.  1:17cv221-MW/GRJ

**WELLS FARGO BANK
NATIONAL ASSOCIATION,
d/b/a WELLS FARGO DEALER
SERVICES,**

    **Defendant.**
_____/

**ORDER GRANTING MOTION TO ARBITRATE
CLAIMS AND CLOSING FILE**

The parties have filed their Joint Stipulation to Arbitrate Claims, Stay Lawsuit, and Administratively Close Docket.  ECF No. 13.  Construed by this Court as a motion to arbitrate claims, the motion is **GRANTED**.  The parties shall arbitrate their claims with the American Arbitration Association.   The Clerk shall **close this file**.  The parties may move to reopen this case if necessary for good cause.

    SO ORDERED on November 7, 2017.

                                                        s/Mark E. Walker            \_\_\_\_
                                                        **United States District Judge**